# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **S.V., by and through her general guardian, RACHEL YAMAMOTO,** | ) ) ) | |
| **Plaintiff,** | ) ) | **8:16CV419** |
| **v.** | ) ) | **Order** |
| **UNITED STATES OF AMERICA,** | ) ) | |
| **Defendant.** | ) | |

Plaintiff has submitted an application to proceed in forma pauperis (Filing No. 2). After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's application to proceed in forma pauperis (Filing No. 2) is granted.   The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

**DATED:   September 6, 2016.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**