IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| S.V., a Minor, By and Through Her General Guardian, RACHEL YAMAMOTO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 8:16CV419<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Motion and Stipulation for Dismissal (Filing No. 20). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

**IT IS ORDERED:** The Motion and Stipulation for Dismissal (Filing No. 20) is granted. The above-captioned action is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

**DATED:** June 14, 2017.

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**